THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| VOLVO TRADEMARK HOLDING AKTIEBOLAGET, a Swedish corporation, VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., a Delaware corporation, and CHAMPION ROAD MACHINERY LIMITED, a Canadian corporation, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:00CV238T |
| CLM EQUIPMENT COMPANY, INC., a Texas corporation; FUTURE EQUIPMENT COMPANY, INC., a Texas corporation; and CLARK MACHINERY COMPANY, an Arkansas corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| CLM EQUIPMENT COMPANY, INC., a Texas corporation; FUTURE EQUIPMENT COMPANY, INC., a Texas corporation; and CLARK MACHINERY COMPANY, an Arkansas corporation, | ) ) ) ) ) ) | |
| Plaintiffs. | ) ) | |
| v. | ) ) | Civil Action No. <u>1:01CV232T</u> |
| VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., a Delaware corporation, and CHAMPION ROAD MACHINERY LIMITED, a Canadian corporation. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

# **O R D E R**

**THIS MATTER** is before the Court on Volvo's Motion For Leave to File Consolidated Summary Judgment Opposition and Memorandum in Support of Motion for Summary Judgment.

Upon consideration of this motion, and it appearing to the Court that the Motion is meritorious and proper,

**IT IS, THEREFORE, ORDERED** that Volvo's motion is **ALLOWED;** the consolidated brief in opposition to Clark's motion for summary judgment and in support of its own cross-motion for summary judgment shall not to exceed 40 total pages.

**Signed: September 23, 2005**

Lacy H. Thornburg
United States District Judge