IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| VOLVO TRADEMARK HOLDING AKTIEBOLAGET, a Swedish corporation; VOLVO CONSTRUCTION EQUIPMENT NORTH AMERICA, INC., a Delaware corporation; and CHAMPION ROAD MACHINERY LIMITED, a Canadian corporation, <br><br>　　　　　　Plaintiffs, <br><br>　Vs. <br><br> AIS CONSTRUCTION EQUIPMENT CORPORATION, a Michigan corporation; CLM EQUIPMENT COMPANY, INC., a Texas corporation; FUTURE EQUIPMENT COMPANY, INC., a Texas corporation; and CLARK MACHINERY COMPANY, an Arkansas corporation, <br><br>　　　　　　Defendants. <br><br> AIS CONSTRUCTION EQUIPMENT CORP., a Michigan corporation; CLM EQUIPMENT CO., INC., a Louisiana corporation; FUTURE EQUIPMENT CO., a Texas corporation; and CLARK MACHINERY CO., an Arkansas corporation, <br><br>　　　　　　Plaintiffs, | Civil No. 1:00CV238 |

|                                        |     |                          |
|----------------------------------------|-----|--------------------------|
| Vs.                                    | )   | Civil Action 1:01CV232   |
|                                        | )   |                          |
| **VOLVO CONSTRUCTION**                 | )   |                          |
| **EQUIPMENT NORTH AMERICA,**           | )   |                          |
| **INC.,** a Delaware corporation; and  | )   |                          |
| **CHAMPION ROAD MACHINERY,**           | )   |                          |
| **LTD.,** a Canadian corporation,      | )   |                          |
|                                        | )   |                          |
| **Defendants.**                        | )   |                          |
|                                        | )   |                          |

# O R D E R

**THESE MATTERS** are before the Court on motion of Volvo Construction Equipment North America, Inc., and Champion Road Machinery, Ltd. (collectively "Volvo") for a continuance of the trial from the May 2006 civil trial term. The motion is denied.

These actions have a long and torturous history in this Court and a trial on the merits is well overdue. In view of Mr. Beckmann's medical condition and planned surgery, the Court suggests that the parties take his deposition while in Asheville for the pretrial conference.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion for a continuance is hereby **DENIED**.

3

Signed: April 14, 2006

Lacy H. Thornburg
United States District Judge